**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 76 MAL 2018 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DERRICK JACKSON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.